**Order entered February 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01356-CV

### STEVE HENSON, M.D., ET AL., Appellants

### V.

### GRUBER HURST JOHANSEN HAIL SHANK, LLP, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-00553**

## ORDER

The reporter's record is past due. On January 16, 2015, the Court received a letter from Vielica Dobbins, Official Court Reporter for the 134th Judicial District Court of Dallas County, Texas, stating that she had not received a request to prepare the reporter's record. In a letter dated January 20, 2015, we notified appellants of this fact. We instructed appellants to file, within ten days, notice that appellants have requested preparation of the reporter's record and written verification that appellants have paid the reporter's fee. We cautioned appellants that if the Court did not receive the requested documentation within the time specified, we would order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c). As of today's date, the Court has not received a response from appellants. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

Appellants' brief is due **THIRTY DAYS** from the date of this order.

/s/      ELIZABETH LANG-MIERS
          JUSTICE